IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHN WILLIE REED, JR.**                                                                 **PETITIONER**

v.                                    No. 5:13-cv-00324-KGB

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                        **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, the Court hereby enters judgment dismissing without prejudice John Willie Reed, Jr.'s petition for writ of habeas corpus. The relief sought is denied. The certificate of appealability is denied.

SO ORDERED this the 5th day of May, 2014.

_____
Kristine G. Baker
United States District Judge